**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE: 7TH JUDICIAL DISTRICT      :  No. 43 MM 2020
DECLARATION OF JUDICIAL       :
EMERGENCY  (BUCKS COUNTY)    :


## ORDER


**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2021, the Application for Relief, which seeks permission for the President Judge of the Court of Common Pleas of Bucks County to establish and operate the Court Action to Reduce Evictions Program (Program), as delineated in the President Judge's proposed Administrative Order, is GRANTED, through October 31, 2021.

    As requested by the Application for Relief, the President Judge is AUTHORIZED to suspend, on a temporary basis, Pa.R.C.P.M.D.J. No. 209 and Pa.R.C.P.M.D.J. Nos. 515-519 to the extent those rules conflict with any continuances granted under the Program. The President Judge has the authority to suspend those rules through October 31, 2021.